UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MARTINEZ-ZAVALA, et *al.*,<br><br>　　　　　Defendants. | Case No. 4:14-cr-00099-BLW<br><br>**ORDER** |

　　　　Co-defendant Ramon Meraz-Gallegos was recenlty arraigned. His trial was set for July 28, 2014. Co-defendants Eduardo Barragan-Corrales and Miguel Gutierrez-Munoz are scheduled for trial on June 30, 2014. Under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6), excludable time exists for "a reasonable period of delay when the defendant is joined for trial with a co-defendant as to whom the time for trial has not run and no motion for severance has been granted." No motion for severance has been filed. Accordingly, pursuant to 18 U.S.C. § 3161(h)(6), the Court finds that defendants Eduardo Barragan-Corrales and Miguel Gutierrez-Munoz should have their trial dates continued to July 28, 2014 along with Ramon Meraz-Gallegos. Accordingly,

　　　　NOW THEREFORE IT IS HEREBY ORDERED that the present trial date for Eduardo Barragan-Corrales and Miguel Gutierrez-Munoz be VACATED, and that a new

trial be set for **July 28, 2014 at 1:30 p.m.** in the U.S. Courthouse in Pocatello, Idaho.

IT IS FURTHER ORDERED that the period of time between the prior trial date and the new trial date be deemed EXCLUDABLE TIME under the Speedy Trial Act, 18 U.S.C. § 3161(h)(6).

IT IS FURTHER ORDERED that the current trial readiness conference for Eduardo Barragan-Corrales and Miguel Gutierrez-Munoz be VACATED, and that a new trial readiness conference be conducted by telephone on **July 17, 2014 at 4:00 p.m.** The Government shall place the call to (208) 334-9145 with opposing counsel on the line.

IT IS FURTHER ORDERED that all pretrial motions shall be filed on or before **June 30, 2014**.

DATED:  **June 12, 2014**

B. LYNN WINMILL
Chief U.S. District Court Judge