UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO BARRAGAN CORRALES,<br><br>Defendant. | Case No. 4:14-cr-00099-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

## INTRODUCTION

Before the Court is Eduardo Barragan Corrales' pro se Motion to Reduce Sentence Pursuant to Amendment 782 (Dkt. 108). For the reasons explained below, the Court will deny the motion.

## DISCUSSION

In June 2015, defendant was sentenced to 360 months' incarceration. He now asks the Court to reduce his sentence based on Amendment 782 to the Sentencing Guidelines. Defendant already received the benefit of this amendment, however, as it became effective on November 1, 2014 – before he was sentenced. *See* U.S. Sentencing Guidelines Manual app. C, amend. 782 (U.S. Sentencing Comm'n 2014). The Pre-Sentence Investigation Report, Dkt. 58, clarifies that

although defendant committed his crime before November 2014, the amended,

November 1, 2014 guidelines were nevertheless used to calculate the offense level.

*See PSR,* Dkt. 58, ¶ 39. The Court adopted that calculation. *See Statement of*

*Reasons,* Dkt. 80. Accordingly, because defendant is not entitled to a reduction, the

Court will deny the motion.

## ORDER

**IT IS ORDERED that** Defendant's Motion for Sentence Reduction

Pursuant to Amendment 782 (Dkt. 108) is **DENIED.**

DATED: September 1, 2020

B. Lynn Winmill
U.S. District Court Judge